UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARRIE MARIE HALL,

    Petitioner,

v.

COWLITZ COUNTY JAIL,

    Respondent.

Case No. C11-5647BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 7) and Petitioner Carrie Marie Hall's ("Hall") objections (Dkt. 8)

On August 19, 2011, Hall filed a motion to proceed in forma pauperis and a proposed petition for writ of habeas corpus. Dkt. 1. On October 21, 2011, Judge Creatura issued the R&R recommending that Hall's motion be denied because Hall's claims relate to her conditions of confinement. Dkt. 7. Hall objected to the R&R and requested that she receive mental health treatment and certain mental health medications. Dkt. 8. The objections fail to address Judge Creatura's R&R.

Therefore, the Court, having considered the R&R, Hall's objections, and the remaining record, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Hall's motion to proceed in forma paupers is **DENIED**;

(3)     This action is **DISMISSED**; and

ORDER

(4)  The Clerk is directed to send Hall a civil rights packet along with a copy of this Order.

DATED this 30th day of November, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER