# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARRIE MARIE HALL

v.

COWLITZ COUNTY JAIL

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5647BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

Hall's motion to proceed in forma pauperis is **DENIED**;

This action is **DISMISSED**; and

The Clerk is directed to sen Hall a civil rights packet along with a copy of this Order.

|  |  |
|---|---|
| December 1, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |